# UNITED STATES COAST GUARD COURT OF CRIMINAL APPEALS

## UNITED STATES

v.

## Miles S. KENDZIORSKI
### Food Service Specialist Third Class (E-4), U.S. Coast Guard

**CGCMG 0340**
**Docket No. 1439**

**12 June 2017**

General Court-Martial convened by Commander, Fourteenth Coast Guard District.  Tried at Honolulu, Hawaii, on 9 November 2015.

| | |
|---|---|
| Military Judge: | CDR Cassie A. Kitchen, USCG |
| Trial Counsel: | CDR Robert M. Pirone, USCG |
| Assistant Trial Counsel: | LCDR Gregory J. Knoll, USCG |
| Defense Counsel: | CDR Shane E. Johnson, JAGC, USN |
| Appellate Defense Counsel: | LT Philip A. Jones, USCGR |
| Appellate Government Counsel: | LT Lars T. Okmark, USCGR |

## BEFORE
## McCLELLAND, HAVRANEK & HERMAN
Appellate Military Judges

McCLELLAND, Chief Judge:

Appellant was tried by general court-martial, military judge alone.  Pursuant to his pleas, entered in accordance with a pretrial agreement, Appellant was convicted of one specification of possession of child pornography, in violation of Article 134, Uniform Code of Military Justice (UCMJ).  The military judge sentenced Appellant to confinement for thirty months, reduction to E-1, forfeiture of all pay and allowances, and a bad-conduct discharge.  The Convening Authority approved the sentence, but suspended confinement in excess of twenty-four months, in accordance with the pretrial agreement.

Before this Court, without admitting that the findings and sentence are correct in law and fact, Appellant has submitted this case on its merits as to any and all errors.

**Decision**

We have reviewed the record in accordance with Article 66, UCMJ. Upon such review, the findings and sentence are determined to be correct in law and fact and, on the basis of the entire record, should be approved. Accordingly, the findings of guilty and the sentence, as approved below, are affirmed.

Judges HAVRANEK and HERMAN concur.



For the Court,


Sarah P. Valdes
Clerk of the Court